B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Connell, William Kelly | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0117 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1617 Fox Bend Court<br>Naperville, IL<br>ZIP Code 60563 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>DuPage | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☑<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☑<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☑<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11) | Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Connell, William Kelly |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Connell, William Kelly |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ William Kelly Connell
Signature of Debtor   William Kelly Connell

X   _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

November 9, 2012
Date

### Signature of Attorney*

X   /s/ Chad H. Gettleman, Esq. ARDC
Signature of Attorney for Debtor(s)

Chad H. Gettleman, Esq. ARDC #944858
Printed Name of Attorney for Debtor(s)

Adelman & Gettleman, Ltd.
Firm Name

53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
Address

312-435-1050
Telephone Number

November 9, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X   _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X   _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    William Kelly Connell                                          Case No. _____

Debtor(s)             Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/ William Kelly Connell
_____
                        William Kelly Connell

Date:    November 9, 2012
_____

# United States Bankruptcy Court
## Northern District of Illinois

In re   William Kelly Connell _____      Case No. _____
                          Debtor(s)        Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 259

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   November 9, 2012 _____      /s/ William Kelly Connell _____
                                   William Kelly Connell
                                   Signature of Debtor

1ST AYD CORPORATION
1325 GATEWAY DRIVE
ELGIN, IL 60124


ABC COATING CO. OF ILL. INC.
P.O. BOX 268897
OKLAHOMA CITY, OK 73126-8897


ABC COATING CO. OF ILL. INC.
c/o Dunn, Martin, Miller & Heathcock, Lt
Attn: Douglas E. Heathcock, Esq.
15 West Jefferson Str, Ste 300
Joliet, IL 60432


ABC COATING CO. OF ILL. INC.
c/o The Collins Law Firm, P.C.
Attn: Emily K. Ergang, Esq.
1770 Park Street, Ste 200
Joliet, IL 60432


ACCURATE DOCUMENT DESTRUCTION
Groot Industries
2500 LANDMEIER ROAD
ELK GROVE VILL, IL 60007


ACO POLYMER PRODUCTS, INC.
12080 RAVENNA ROAD
CHARDON, OH 44024


ADELPHIA METALS, LLC.
411 MAIN ST. EAST
NEW PRAGUE, MN 56071


ADP, INC.
100 NORTHWEST POINT BLVD.
ELK GROVE, IL 60007


ADVANCED DRAINAGE SYSTEMS
P.O. BOX 5488
INDIANAPOLIS, IN 46255


AIRGAS NORTH CENTRAL - AURORA
1100 JERICHO ROAD
AURORA, IL 60506

ALL AMERICA THREADED PRODUCTS
1929 COLUMBIA AVENUE
INDIANAPOLIS, IL 46202-1924


ALLEGRA PRINT & IMAGING
2200 OGDEN AVENUE, SUITE 550
LISLE, IL 60532


ALLEN ENGINEERING CORP.
819 S.FIFTH STREET
P.O. BOX 819
PARAGOULD, AR 72450


ALLIANCE HOSE & RUBBER CO
91 JOEY DRIVE
ELKGROVE VILLAGE, IL 60007


ALLIED CONSTR. SERV. INC.
230 E. FIRST STREET
HINSDALE, IL 60521


AMERICAN CONCRETE INSTITUTE
38800 COUNTRY CLUB DRIVE
FARMINGTON HILL, MI 48331


American Express
c/o American Recovery Service Inc.
555 St. Charles Drive, Ste 100
Thousand Oaks, CA 91360


AMES TRUE TEMPER, INC.
1 TRUE TEMPER DRIVE
CARLISLE, PA 17013


ANCO STEEL COMPANY, INC.
P.O. BOX 246
MONTGOMERY, IL 60538-9246


APPLIED SYSTEMS ASSOCIATES, INC.
5270 LOGAN FERRY ROAD
MURRYSVILLE, PA 15668


AT&T UNIVERSAL CARD
PROCESSING CENTER
DES MOINES, IA 50363

B & K Steel and Supply
BOMAN-KEMP MFG
2393 SOUTH 1900 WEST
BOX 9725
OGDEN, UT 84409


B & S ENGINEERING SERVICE
623 INVERNESS ROAD
LISLE, IL 60532


Bahena, Federico
4719 N. Springfield
1st Floor
Chicago, IL 60625


Bank of America
P.O. Box 15796
Wilmington, DE 19886


Bank of America
P.O. Box 851001
Dallas, TX 75285


BANK OF AMERICA #5813
P.O. Box 98238
El Paso, TX 79998-2238


BANK OF AMERICA #5813
P.O. Box 650070
Dallas, TX 75265


BHFX, LLC.
80 WEST SEEGERS
ARLINGTON HTS, IL 60005


BLACK & DECKER (U.S.) INC.
P.O. BOX 98692
CHICAGO, IL 60693


Blue Arc Welding
368 Chesapeake Lane
Oswego, IL 60543

Boesso, Lawrence
159 Jonathan Court
Glen Ellyn, IL 60137-6476


BOMETALS, INC.
141 HAMMOND ST.
CARROLLTON, GA 30117


Burciaga, Mario E
644 N. Westlawn Ave.
Aurora, IL 60505


BUTTERFIELD COLOR
625 W. ILLINOIS AVENUE
AURORA, IL 60506


CAMEL GRINDING WHEELS
7525 N. OAK PARK AVENUE
NILES, IL 60714


CAPITAL ONE BANK
P.O. Box 6492
Carol Stream, IL 60197


CAPITAL ONE FSB
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0285


CASSIDY TIRE AND SERVICE
200 S. Church Street
ADDISON, IL 60101


CATALYTIC EXHAUST PRODUCTS LTD
30 INTERMODAL DR., UNITS 19&20
BRAMPTON, ON,
CANADA L6T5K1


CENTRAL STATES STEEL & WIRE CO
PO Box 5100
CHICAGO, IL 60680-5100


CHASE
P.O. Box 78420
Phoenix, AZ 85062

CHASE BANK CARD SERVICES
P.O. BOX 15153
WILMINGTON, DE 19886-5153


CHASE-2
P.O. Box 15298
WILMINGTON, DE 19850-5298


Chipman, Mark R.
8505 Junebug
Morris, IL 60450


CINTAS CORPORATION #344
P.O. BOX 7759
ROMEOVILLE, IL 60446


CINTAS FIRST AID & SAFETY
P.O. BOX 636525
CINCINNATI, OH 45263-6525


CITI CARDS
P.O. BOX 688901
DES MOINES, IA 50368-8901


Citibank
P.O. Box 653095
Dallas, TX 75262


Citibank N.A.
P.O. Box 6500
Sioux Falls, SD 57117


City of Chicago Dept. of Revenue
121 N. LaSalle St., Room 107
Chicago, IL 60602-1202


CITY OF NAPERVILLE
MUNICIPAL CENTER
P.O. BOX 3020
NAPERVILLE, IL 60566-7020


CLEFORM
4343 EASTON ROAD
ST. JOSEPH, MO 64503

Colwell, Pete J
90 Longbeach Road
Montgomery, IL 60538


Complete Excavating LLC
9940 Flow Creek Road
Plainfield, IL 60544


Concrete by Wagner
13808 High Road
Lockport, IL 60441


Conley Steel, Inc.
8820 Ramm Drive
Naperville, IL 60540


Connell, John
332 Kings Cove
Lisle, IL 60532


Connell, Mary
613 Rose Ct
Lisle, IL 60532


Connell, Wm Kelly
1617 Fox Bend
Naperville, IL 60563


Continental Assurance Company
PO Box 371425
Pittsburgh, PA 15250-7425


CONTRACTORS ADJ. CO.
750 Lake Cook Road, Ste 410
PALATINE, IL 60089-2069


CONTRACTORS ASSOCIATION OF
WILL & GRUNDY COUNTIES
233 N. SPRINGFIELD AVE
JOLIET, IL 60435


Conway, Brendan M
1811 Kate Drive
Yorkville, IL 60560

Cothard, Joseph R.
12824 Woodland Drive
Homer Glen, IL 60491


CREMER, SPINA, SHAUGHNESSY,
JANSEN & SIEGERT, LLC.
ONE NORTH FRANKLIN ST, 10TH FL
CHICAGO, IL 60606


CZAR-WELD, INC.
4619 DULIN CREEK ROAD
HOUSE SPRINGS, MO 63051


Dayton Superior Construction
Products Group
2400 ARTHUR AVENUE
Elk Grove Village, IL 60007


Dayton Superior Corp
c/o Kohner Mann & Kailas, S.C.
4650 N. Port Washington Road
Attn: David M. Henry, Esq.
Milwaukee, WI 53212


DAYTON/RICHMOND CONCRETE ACCES
402 SOUTH FIRST STREET
OREGON, IL 61061


DeCANIO BUILDERS SUPPLY
738 N. CALIFORNIA AVE.
CHICAGO, IL 60612


Depersia, Michael L
3020 Caroline Drive
Joliet, IL 60435


DIAMOND PRODUCTS LIMITED
333 PROSPECT STREET
ELYRIA, OH 44036-1080


Diaz, Israel
400 E. Prairie St
Plano, IL 60545

Diaz, Israel
c/o Krentz & Salfisberg, P.C.
100 W. Main . St.
Plano, IL 60545


DISH NETWORK
DEPT. 0063
PALATINE, IL 60055-0063


DISH NETWORK
P.O. Box 223721
Dallas, TX 75222


DIVERSIFOAM PRODUCTS
9091 County Road 50
PO Box 44
ROCKFORD, MN 55373


DUGAN & LOPATKA
104 EAST ROOSEVELT ROAD
WHEATON, IL 60187


DUKANE PRECAST
1805 HIGH GROVE LANE
SUITE 137
NAPERVILLE, IL 60540


EMI CONSTRUCTION PRODUCTS, INC
526 E. 64TH STREET
HOLLAND, MI 49423


Emralino Dunn, Anna Marie
1720 N. Summit Street
Wheaton, IL 60187


Engfer, Brad
788 Appollo Lane
Oswego, IL 60543


ENGINE POWER INC.
1830 Executive Drive
Oconomowoc, WI 53066

EROTEX
N94 W14330 GARWIN MACE DRIVE
MENOMONEE FALLS, WI 53051


Espinosa, Juan
168 N. Smith Str
Aurora, IL 60505


Fairway Grove Condominiums
c/o Keough & Moody, P.C.
1250 E. Diehl Rd.
Naperville, IL 60563


FALCON FOAM
8240 BYRON CENTER ROAD
BYRON CENTER, MI 49315


FALL TECH
1306 S. ALAMEDA STREET
COMPTON, CA 90221-4803


FASTENAL COMPANY
518 W. 5TH AVENUE
NAPERVILLE, IL 60563


FEDERAL EXPRESS
PO Box 94515
PALATINE, IL 60094-4515


FEECE OIL COMPANY
1700 HUBBARD DRIVE
BATAVIA, IL 60510


FIA CARD SERVICES
P.O. BOX 17309
BALTIMORE, MD 21297-1309


Fifth Third Bank
P.O. Box 740778
Cincinnati, OH 45274


Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274

```
Fifth Third Bank - Chicago
PO Box 630778
CINCINNATI, OH 45263-0778


Fifth Third Bank - Chicago
PO Box 630778
5050 Kingsley
CINCINNATI, OH 45263-0778


FIFTH THIRD BANK-WKC #9121
P.O. Box 740523
Cincinnati, OH 45274-0523


First Data Merchant Services
PO Box 17548
Denver, CO 80217-7548


FITZGERALD FORMLINERS
1500 EAST CHESTNUT AVENUE
SANTA ANA, CA 92701


FLEISCHMAN'S WOOD PRODUCTS
1804 CLERMONT ST.
ANTIGO, WI 54409


Ford Motor Credit
PO Box 790119
St. Louis, MO 63179-0119


Ford Motor Credit
c/o Freedman Anselmo Lindberg LLC
1807 West Diehl Road
PO Box 3228
Naperville, IL 60566-7228


FORMING AMERICA, LTD.
1200 N. PRINCE CROSSING ROAD
WEST CHICAGO, IL 60185


FRATCO, INC.
P.O. BOX # 657
ST. ANNE, IL 60964
```

Gary Zicarelli
1208 Flamingo Pky
Libertyville, IL


GERDAU AMERISTEEL
c/o Laurie & Brennan LLP
Two North Riverside Plaza, Ste 1750
Chicago, IL 60606


GERDAU AMERISTEEL
2595 TRIPP ROAD
BELVIDERE, IL 61008


GFC LEASING
A DIVISION OF GORDON FLESCH CO
P.O. BOX 2290
MADISON, WI 53701-2290


Glad Leasing Inc.
1980 Stephen Street
Aurora, IL 60502


GLENROCK COMPANY
200 W WRIGHTWOOD AVE
ELMHURST, IL 60126


GLOBAL CONCRETE PRODUCTS
28223 GRAY BARN ROAD
BARRINGTON, IL 60010


GOEDECKE
4250 RT 48 NORTH
DECATUR, IL 62526


HAIVALA CONCRETE TOOLS
1017 WALKER
P.O. BOX 1055
WICHITA, KA 67213


HANLEY WOOD, LLC.
P.O. BOX 75324
BALTIMORE, MD 21275-5324

Hannigan, Brendan
603 Rose Crt
Lisle, IL 60532


Hayes, Julie A
9 Woodcliff Dr
Montgomery, IL 60538


HD SUPPLY WHITE CAP CONSTR SUP
501 W. Church Street
Orlando, FL 32805


HEMMINGS MOTOR NEWS #3968
BANK OF AMERICA
P.O. BOX 37291
BALTIMORE, MD 21297-3291


Hiergeist, Pete
925 N. River Road
Algonquin, IL 60102


HOWARD'S PRODUCTS, INC.
424 FORT HILL DRIVE
SUITE 111
NAPERVILLE, IL 60540


HUGHES BROTHERS
P.O. BOX 159
210 NO 13 STREET
SEWARD, NE 68434


HUGO'S EQUIPMENT REPAIR
415 W. KAY AVENUE
ADDISON, IL 60101


HUSQVARNA CONSTRUCTION PROD.
17400 W. 119TH ST.
OLATHE, KS 66061


Illinois Dept. of Employment Security
527 S. Wells
Chicago, IL 60607

Illinois Dept. of Employment Security
Bankruptcy Unit - 10th Floor
33 S. State Street
Chicago, IL 60603


Illinois Dept. of Revenue
P.O. Box 19035
Springfield, IL 62794


Illinois Dept. of Revenue
Willard Ice Bldg
101 West Jefferson Street
Springfield, IL 62702


Illinois Dept. of Revenue
100 W Randolph
Level 7400 Bankruptcy Unit
Chicago, IL 60601


ILOCA SERVICES, INC.
1900 NORTH AURORA ROAD
NAPERVILLE, IL 60563


INFOR GLOBAL SOLUTIONS, INC.
1011 E. Touhy
Des Plaines, IL 60018


INSTEEL WIRE PRODUCTS
c/o Stein & Rotman
105 W. Madison St., Ste 600
Chicago, IL 60602


INSTEEL WIRE PRODUCTS
1373 BOGGS DRIVE
MOUNT AIRY, NC 27030


Internal Revenue Service
Kansas City, MO 64999


Internal Revenue Service
2001 Butterfield Road
Stop 5219 WBS
Downers Grove, IL 60515

Internal Revenue Service
Cincinnati, OH 45999-0030


Internal Revenue Service
Cincinnati, OH 45999-0039


Internal Revenue Service
P.O. Box 30309
Memphis, TN 38101


IRS-CSC
PO Box 145566, Stop 813G
Cincinnati, OH 45214


IRWIN INDUSTRIAL TOOL COMPANY
6719 W. COUNTY RD 350 NORTH
GREENFIELD, IN 46140


J.F. DALEY INTERNATIONAL LLC
4485 SOLUTIONS CENTER
CHICAGO, IL 60677


J.H. BOTTS
253 E. Bruce Street
JOLIET, IL 60432


JESCRAFT/JESCO IRON CRAFT
201 WEST FORT LEE ROAD
BOGOTA, NJ 07603


Jim Teran Concrete Construction
1547 Hill Avenue
Wheaton, IL 60189


JOSAM COMPANY
525 W. U.S. Hwy 20
Michigan City, IN 46360


KEEN EDGE
PO Box 44
Lyons, IL 60534

KELLS SAWMILL
N8780 COUNTY ROAD 577
STEPHENSON, MI 49887


KESON INDUSTRIES, INC.
810 COMMERCE
AURORA, IL 60504-7931


Key Equipment Finance
1000 South McCaslin Blvd
Superior, CO 80027


Key Equipment Finance
11030 Circle Point Rd
2nd Flr
Westminister, CO 80020


KINDWALD LAW OFFICES, P.C.
105 W. MADISON STREET
SUITE 1800
CHICAGO, IL 60602


Koplin, Theodore J
1449 Aspen Lane
Yorkville, IL 60560


Kozacek, Jim
3715 Sterling
Downers Grove, IL 60515


Kozacek, Michael D
498 Waubonsee
Oswego, IL 60543


KRAFT TOOL CO.
8325 HEDGE LANE TERRACE
SHAWNEE, KS 66227


KRB MACHINERY CO.
1058 COOL CREEK ROAD
WRIGHTSVILLE, PA 17368


KRESL POWER EQUIPMENT
900 KINGSLAND DRIVE
BATAVIA, IL 60510

KUHN, MITCHELL, MOSS, KOCSIS
& LECHOWICZ, LLC.
111 E JEFFERSON, PO BOX 359
NAPERVILLE, IL 60566-0359


LAWSON PRODUCTS INC.
2350 W. PINEHURST BLVD.
ADDISON, IL 60101-6112


Lopez, Ramon
735 Glenwood St
Aurora, IL 60506


M-B-W INC.
250 Hartford Road
P.O. BOX 440
Slinger, WI 53086


M.A.R.S INC.
2 MARS BLVD.
DEKALB, IL 60115


Magnum Pipe, Inc.
151 Ontario Street
Frankfort, IL 60423


MAIL FINANCE
478 WHEELERS FARM ROAD
MILFORD, CT 06461


MAKITA U.S.A., INC.
1450 FEEHANVILLE DRIVE
MT. PROSPECT, IL 60056


MARSHALLTOWN COMPANY
P.O. BOX 738
104 SOUTH 8TH AVENUE
MARSHALLTOWN, IA 50158


Martinez Nevarez, Gustavo
804 Robert Str
Aurora, IL 60508

MAZEL & COMPANY
4300 W. FERDINAND STREET
CHICAGO, IL 60624


MAZEL & COMPANY
c/o Murphy Lomon & Assoc.
2860 River Road, Ste 200
Des Plaines, IL 60018


MCCANN INDUSTRIES, INC.
543 SOUTH ROHLWING RD.
ADDISON, IL 60101


MCCANN INDUSTRIES, INC.
c/o Gaffney & Gaffney, P.C.
1771 Bloomingdale Road
Glendale Heights, IL 60139


MEADOW BURKE PRODUCTS
5645 W. 31ST STREET
CICERO, IL 60804


MERRITT CREDIT BUREAU, INC.
549 W RANDOLPH STREET
CHICAGO, IL 60661-2208


Michael Whelan
2860 River Rd.
Des Plaines, IL 60018


MID-AMERICA PLYWOOD & LMB
7459 FRANKLIN
P.O. BOX 207
FOREST PARK, IL 60130


MIDWEST PIPE COATING, INC
925 KENNEDY AVENUE
SCHERERVILLE, IN 46375


MIDWEST PIPE COATING, INC
c/o Hinshaw &Culbertson, LLP
4343 Commerce Court, Ste 415
Lisle, IL 60532

MKT FASTENING LLC
1 GUNNEBO DRIVE
LONOKE, AR 72086


MOBILE SOLUTIONS SERVICES, INC
6535 S. DAYTON ST., SUITE 2700
GREENWOOD VILL, CO 80111


MONARCH MANUFACTURING CO
P.O. BOX 250
WAUKEE, IA 50263-0250


Multiple Concrete Accessories
20284 N. Rand Road
PALATINE, IL 60074


MUZZY & PETERS CO.
486 WRIGHTWOOD AVENUE
ELMHURST, IL 60126-1016


NATIONAL DIVERSIFIED SALE
851 NORTH HARVARD AVE.
P.O. BOX 339
LINDSAY, CA 93247


NATIONWIDE RETIREMENT CONS GRP
DEPARTMENT 3248
COLUMBUS, OH 43271-3248


NED/TECC
18 GRAFTON STREET
WORCESTER, MA 01604


NEWARK PAPERBOARD PRODUCTS
2980 SOUTH OAKWOOD ROAD
OSHKOSH, WI 54904


NEXTEL COMMUNICATIONS
P.O. BOX 6220
CAROL STREAM, IL 60197-6220


NICOR GAS
P.O. BOX 0632
AURORA, IL 60507-0632

NIGRO & WESTFALL PROF.
1793 BLOOMINGDALE ROAD
GLENDALE HGTS, IL 60139


North American Credit Card Assoc
57 Old Post Road #2
Attn: Greg Frumin
Greenwich, CT 06830


OAK FIRE AND SECURITY SYSTEMS
14234 S. BELL ROAD SUITE 161
HOMER GLEN, IL 60491-8122


ORKIN EXTERMINATING
603 E. DIEHL ROAD
SUITE 124
NAPERVILLE, IL 60563


Ortiz, Donald Raul
445 North Ave
Aurora, IL 60505


Our Home Energy LLC
1665 Quincy Ave.
Unite 175
Naperville, IL 60540


OWENS CORNING SALES, LLC.
ONE OWENS CORNING PARKWAY
TOLEDO, OH 43659


OWENS SUPPLY COMPANY
10025 CLOW CREEK DRIVE
PLAINFIELD, IL 60544


OWENS SUPPLY COMPANY
c/o Kuhn, Heap & Monson
552 South Washington Street, Ste 100
Naperville, IL 60540


OZTEC INDUSTRIES,INC.
65 CHANNEL DRIVE
PORT WASHINGTON, NY 11050

Paccar Financial
1901 N. Roselle Rd
Suite 900
Schaumburg, IL 60195


PLASTIC TRENDS, INC.
21319 Network Place
Chicago, IL 06067-3123


PLATINU PLUS FOR BUSINESS#5348
P.O. BOX 15710
WILMINGTON, DE 19886-5710


POWER EQUIPMENT COMPANY
211 WEST STEPHENIE DRIVE
PO Box 672
COURTLAND, IL 60112-0672


PRIME SOURCE - CHICAGO
1321 Greenway Drive
Irving, TX 75038


PRIME WIRELESS, INC.
654 S. RT.59
NAPERVILLE, IL 60540


QUICKRETE COMPANIES
1S950 S. LORANG ROAD
ELBURN, IL 60119


R & J CONSTRUCTION SUPPLY
1567 FRONTENAC ROAD
NAPERVILLE, IL 60563


R-K-D CONSTR. SUPPLIES
11633 WEST GRAND AVENUE
NORTHLAKE, IL 60164


Ray Mulacek
PO Box 18
Warrenville, IL 60555


Reassure America Life Ins Co.
PO Box 371425
Pittsburgh, PA 15250-7425

Redflex Traffic Systems c/o Penn Credit
916 S. 14th Street
PO Box 988
Harrisburg, PA 17108-0988


Reynolds, Jerry
45 W. 127 Jericho
Big Rock, IL 60511


Richard Zicarelli
1208 Flamingo Pky
Libertyville, IL


ROADWARE INC.
381 BRIDGEPOINT DRIVE
SOUTH ST. PAUL, MN 55075


ROBERT BOSCH TOOL CORPORATION
1800 W. Central Road
Mount Prospect, IL 60056


RONALD TUCEK
5020 Douglas Road
Oswego, IL 60543


RONALD TUCEK, TRUSTEE
5020 Douglas Road
Oswego, IL 60543


Roy's Landscapte
P.O. Box 197
Delavan, WI 53115


SAFE-T-WAY
P.O. BOX 1188
SALEM, OH 44460-8188


SAFEWAY PRODUCTS, INC.
1810 15TH AVENUE
ROCKFORD, IL 61104


Sandpoint Capital, LLC
2114 Central
Kansas City, MO 64108

SEA-RICH CORPORATION
3212 WEST LAKE STREET
CHICAGO, IL 60624


SEKO
1100 ARLINGTON HEIGHTS RD
SUITE 600
ITASCA, IL 60143


SEYMOUR MFG. CO. INC.
500 N. BROADWAY
P.O. BOX 248
SEYMOUR, IN 47274


Somero Enterprises, LLC
16831 Link Court
Ft. Meyers, FL 33912


SPECCHEM
1619 WALNUT
KANSAS CITY, MO 64108


SPEEDY CLEAN LLC
4550 ZIEBART PLACE
LAS VEGAS, NV 89103


Sprint
c/o GC Services Limited Partnership
6330 Gulfton Drive
Collection Agency Division
Houston, TX 77081


ST. PAUL CORRUGATING
700 39TH AVENUE N.E.
MINNEAPOLIS, MN 55421


STRINGLINER COMPANY
P.O. BOX 1889
WILLISTON, ND 58802


SURFACE SHIELDS, INC.
10457 W. 163RD PLACE
ORLAND PARK, IL 60476

SYMONS CORPORATION - PURCHASES
2400 ARTHUR AVENUE
ELK GROVE VILL., IL 60007


SYMONS CORPORATION-RENTALS !!
2400 ARTHUR AVE.
Elk Grove Village, IL 60007


TAPE PRODUCTS
11630 DEERFIELD ROAD
CINCINNATI,, OH 45242


Teletrac, Inc.
Dept LA 23726
Pasadena, CA 91185-3726


THE COLLINS LAW FIRM
1770 PARK STREET SUITE 200
NAPERVILLE, IL 60563


The Newark Group, Inc.
20 Jackson Drive
Attn: Jessica Jablon
Cranford, NJ 07016


TITCOMB BROS. MFG.
251 FORGE ROAD
WESTPORT, MA 02790


United Construction Products, Inc.
c/o Michael Eber, Assignee
High Ridge Partners, Inc.
140 S. Dearborn St., Suite 820
Chicago, IL 60603


UPS
Lockbox 577
CAROL STREAM, IL 60132-0577


UPS FREIGHT
P.O. BOX 1216
RICHMOND, VA 23218-1216

Urbina, Rosalio
317 S. State St
Apt 2
Aurora, IL 60505


VANGUARD CLEANING SYSTEMS
800 ROOSEVELT RD.
BUILDING A-318
GLEN ELLYN, IL 60137


VARDAL SURVEY & LASER SYSTEMS
1204 WEST JEFFERSON ST.
JOLIET, IL 60435


VULCAN COMPANY
P.O. BOX 36
SO. HINGHAM, MA 02018


W.R. MEADOWS, INC.
300 INDUSTRIAL DRIVE
PO Box 338
HAMPSHIRE, IL 60140


WEST SIDE TRACTOR SALES
310 W. 162nd Street
South Holland, IL 60473


WEST SUBURBAN CONCRETE COMPANY
2202 GARY LN.
GENEVA, IL 60134


WESTERN FORMS, INC.
6200 EQUITABLE RD.
KANSAS CITY, MO 64120-1394


WEYERHAEUSER
700 Emerald Street
St. Paul, MN 55114-1061


Weyerhaeuser
c/o Receivables Control Corp.
PO Box 9658
MINNEAPOLIS, MN 55440-9658

Wheaton Bank & Trust
211 S. Wheaton Ave.
Wheaton, IL 60187


White Cap Construction Supply
501 W. Church Street
Orlando, FL 32805


WIRE  MESH CORP.
4494 Southside Blvd., Ste 202
Jacksonville, FL 32216


Wire Mesh Corp
c/o Solomon & Leadley
320 East Indian Trail
Aurora, IL 60505


Wisconsin Dept. of Revenue
P.O. Box 268
Madison, WI 53790


WM. F. MEYER CO.
1855 E. NEW YORK STREET
P.O. BOX 37
AURORA, IL 60507


WORLDWIDE EXPRESS
130 S. BEMISTON AVENUE #700
ST LOUIS, MO 63105


WORLDWIDE EXPRESS
 c/o Kearns, Brinen & Monaghan
20 East Division, 2nd Floor
Attn: Mr. Edd Benson
Dover, DE 19901


WYCO TOOL COMPANY
2200 SOUTH STREET
RACINE, WI 53404


XM/Sirius
P.O. Box 9001399
Louisville, KY 40290